UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JOSE GURROLA,<br><br>        Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | No. CV 13-5331-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS ORDERED that (1) Defendant's motion for summary judgment is granted; and (2) the complaint is dismissed without prejudice for lack of jurisdiction.

DATED: February 5, 2014

                                JOHN F. WALTER
                                United States District Judge