JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JOSE GURROLA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. CV 13-5331-JFW (AGR)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered (1) granting Defendant's motion for summary judgment; and (2) dismissing the complaint without prejudice for lack of jurisdiction.

DATED: February 5, 2014

_____
JOHN F. WALTER
United States District Judge